UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK

DISTRICT OF VERMONT

Federal Building

BURLINGTON, VERMONT 05402-0945

JEFFREY S. EATON
CLERK

☐ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 998
BRATTLEBORO 05302-0998
(802) 254-0250

☒ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

March 7, 2016

Sharon McNeil, Court Operations Manager
Vermont Superior Court, Rutland Unit, Civil Division
83 Center Street
Rutland, VT 05701

Subject:   *Feller et al v. Narragansett Indian Tribal Historic Preservation Office*

Dear Ms. McNeil,

   The above captioned civil action has been removed to this court and is pending as docket number 5:16-cv-00061-gwc. I am enclosing a copy of our docket sheet for your information.

   I am at this time requesting a *certified* copy of your docket sheet and the complete *original* file as to these proceedings. If your file is electronic, please contact our Operations Supervisor, Lisa Wright, at (802) 951-8116 for assistance. If there is a charge for this please bill the removing party:

   Narragansett Indian Tribal Historic Preservation Office
   John Brown, Tribal Historic Preservation Officer
   4425 South County Trail
   Charlestown, RI 02813

                                    Sincerely,

                                    /s/Elizabeth S. Britt
                                    Deputy Clerk

Enclosure:
Docket Sheet

cc:
Narragansett Indian Tribal Historic Preservation Office

F. Glover, Esq.